UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

      Plaintiff,

                                       Case No.: 1:14-cv-24433-JLK

v.

KIMCO REALTY CORPORATION d/b/a
HOMESTEAD TOWNE SQUARE, a
foreign corporation,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KIMCO REALTY CORPORATION

Plaintiff, DOUGLAS LONGHINI, by and through undersigned counsel, hereby voluntarily dismisses, without prejudice, his claims against Defendant, KIMCO REALTY CORPORATION, only. It is less than 21 days from the date that Plaintiff caused Defendant KIMCO REALTY CORPORATION to be served in the above-styled action. Defendant KIMCO REALTY CORPORATION has not yet filed any papers or otherwise appeared in this action.

Plaintiff does not dismiss his claims against Defendants HOMESTEAD PLAZA ASSOCIATES, LTD., or KIMCO DELAWARE INC., and Plaintiff's claims against these Defendants remain pending.

**DATED** this 18th day of December, 2014.

Respectfully submitted,

**ESPINOSA | JOMARRON**
*Counsel For The Disabled*
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Telephone:    (305) 717-7530
Facsimile:    (305) 717-7539

– 1 –
ESPINOSA | JOMARRON
TRIAL LAWYERS

*Longhini v. Kimco, etc., et al.*
Case No.: <u>1:14-cv-24433-JLK</u>

Primary e-mail: <u>eservice@ejtrial.com</u>
Secondary e-mail: <u>despinosa@ejtrial.com</u>
Secondary e-mail: <u>tallison@ejtrial.com</u>

By: */s/ Thomas C. Allison*
      Daniel A. Espinosa, Esq.
      Florida Bar No. 81686
      Thomas Allison, Esq.
      Florida Bar No. 35242

ESPINOSA | JOMARRON
TRIAL LAWYERS