UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24433-CV-KING

DOUG LONGHINI, *individually*,

    Plaintiff,

v.

KIMCO DELAWARE, INC.,
HOMESTEAD PLAZA ASSOCIATES, LTD.,
*doing business as Homestead Towne Square*,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

This action came on before the court *sua sponte*. It appearing that the pre-trial stipulation was not filed as required in the pre-trial order. The court, having considered the record and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the complaint be, and it is hereby dismissed for failure to comply with an order of this court, without prejudice to the plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for the plaintiff shall notify the Clerk of Court of this order of dismissal on the civil cover sheet (JS44) in order that the Clerk of Court will assign the newly filed case to the division of the undersigned Judge in accordance with the L.R. FLA 3.9. Therefore, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED**.

2.     The Clerk shall **CLOSE** this case.

3.   The Pretrial Date of January 8, 2016 and Trial Date of March 21, 2016 are hereby canceled.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of January, 2016.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
***Counsel for Plaintiff:***

**Daniel Alberto Espinosa**
Espinosa Law Group
10625 N. Kendall Dr.
Miami, FL 33176-1510
Email: despinosa@espinosalawgroup.com

**Thomas Charles Allison**
Espinosa Law Group
10625 N. Kendall Dr.
Miami, FL 33176-1510
352-219-1974
Email: tallison@espinosalawgroup.com

***Counsel for Defendant:***

**Karen Ann Brimmer**
Hinshaw & Culbertson LLP
2525 Ponce de Leone Boulevard
Suite 400
Coral Gables, FL 33134-6044
305-358-7747
Fax: 305-577-1063
Email: kbrimmer@hinshawlaw.com